Opinion issued July 26, 2007









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-06-01071-CV

____________


W. FULTON BROEMER & ASSOCIATES, L.L.C. AND W. FULTON
BROEMER, Appellants


V.


CAMP WAMPUM, LTD. AND CAMP WAMPUM MANAGEMENT
GROUP, L.L.C., Appellees






On Appeal from the 61st District Court

Harris County, Texas

Trial Court Cause No. 2006-09514






MEMORANDUM OPINION

 Appellants have filed motions to reinstate and dismiss the appeal and
appellants represent to this Court that upon conference with appellees, appellees
agree to the motion. Additionally, appellants have provided this Court with evidence
that the bankruptcy court has approved the parties' compromise settlement agreement
stipulating that the appeal be dismissed. No opinion has issued. Accordingly, we
grant the motion to reinstate the appeal, we lift the abatement of the appeal, and we
dismiss the appeal. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Jennings, and Alcala.